# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FEDERFIN TECH SRL

        Plaintiff(s)

v.

UNION PACKAGING, INC.

        Defendant(s)

CASE No C 18-CV-04614-HSG

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*) Mediation through JAMS, Inc. in San Francisco

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 150 days

Date: 10/9/2018      /s/ Stefano Abbasciano
                           Attorney for Plaintiff

Date: 10/9/2018      /s/ David Dell
                           Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 10/10/2018      *Haywood S. Gill, Jr.*
                           U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*