David R. Dell, SBN 253927
Coombs & Dunlap, LLP
1211 Division Street
Napa, California 94559
Telephone: (707) 252-9100
Facsimile: (707) 252-8516

Attorneys for Defendant and Counterclaimant
Union Packaging, Inc. d/b/a Unionpack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERFIN TECH SRL, an Italian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACKAGING, INC. d/b/a UNIONPACK, a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | No. 18-CV-04614-HSG<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE**<br><br>Date: November 6, 2018<br>Time: 2:00 P.M.<br>Courtroom: 2 |

Defendant and Counterclaimant's motion to appear telephonically at the Case Management Conference scheduled on November 6, 2018 at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED

Date: October 24, 2018

*[Signature]*
Judge, U.S. District Court