Antonio Valla, Esq. (SBN 136256)
Stefano Abbasciano, Esq. (SBN 277680)
Lisa Parrish, Esq. (SBN 300499)
Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
Telephone: 415.856.9001
Fax: 415.856.9002

Attorneys for Plaintiff and Counter-Defendant
Federfin Tech Srl

David R. Dell, SBN 253927
Valerie E. Clemen, SBN 253849
COOMBS & DUNLAP, LLP
1211 Division Street
Napa, California 94559
Telephone: (707) 252-9100
Facsimile: (707) 252-8516

Attorneys for Defendant and Counter-Claimant
Union Packaging, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERFIN TECH SRL, an Italian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACKAGING, INC. d/b/a UNIONPACK, a California corporation<br><br>Defendant | CASE NO: 18-CV-04614-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| UNION PACKAGING, INC. d/b/a UNIONPACK, a California corporation,<br><br>Counter-claimant,<br>vs.<br>FEDERFIN TECH SRL, an Italian corporation,<br><br>Counter-defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-defendant Federfin Tech Srl, an Italian corporation ("Federfin"), and Defendant/Counter-claimant Union Packaging, Inc. d/b/a Unionpack ("Unionpack"), through their designated counsel, that the above-captioned action of all parties in its entirety be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), with each party bearing its own costs, and the Court retaining jurisdiction to enforce the Settlement Agreement and Release of All Claims entered into by the parties.

DATED: February 11, 2019

Valla & Associates, Inc., P.C.

_/s/ *Stefano Abbasciano*_____
Stefano Abbasciano, Esq.
Attorneys for Plaintiff/Counter-Defendant
Federfin Tech Srl

DATED: February 11, 2019

Coombs & Dunlap, LLP

_/s/ *David R. Dell*_____
David R. Dell, Esq.
Attorneys for Defendant/Counter-Claimant
Union Packaging, Inc.

IT IS SO ORDERED.

Dated: _____February 12_, 2019

_____
United States District Judge/~~Magistrate Judge~~

-2-
CASE NO: 18-CV-04614-HSG    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE